# Exhibit C

| Account |
| --- |
| 153-05090 Madison Asset LLC |
| 153-05091 Biscayne Capital BVI |
| 153-05092 ORC Senior Secured Ltd |
| 153-05093 Preferred Income Coll Interest Ltd |
| 153-05094 GMS Global Market Step Up Ltd |
| 153-05095 Vanguardia Holdings Ltd |
| 153-05097 SG Strategic Income Ltd USD |
| 153-05098 Westwood Capital Markets |
| 153-05110 Ulticorp SA |
| 153-05111 Sentinel Inv Fund SPI USD |
| 153-05112 Sentinel Inv Fund SPII USD |
| 153-05113 Sentinel Mandate Escrow USD |
| 153-05114 Biscayne Capital |
| 153-05115 Biscayne Capital BVI 2 |
| 153-05116 Biscayne Capital BVI 3 |
| 153-05117 Galty Management Corp |
| 153-05118 Gliker Trading Ltd |
| 153-05119 AD Markets Ltd |
| 153-05120 Liqidty RTE FND |
| 153-05121 Atlantic Sky Consulting Group Ltd |
| 153-05122 Leoro |
| 153-05123 Green Financial LP |
| 153-05124 Red Financial LP |
| 153-05128 Pritt Investment Co |
| 153-05140 Select Indstr plc |
| 153-05141 Madison Asset LLC |
| 153-05144 GADI Global Ltd |
| 153-05145 Pro Advisors LLC |
| 153-05146  EGL Income Properties LLC |