# Exhibit F

**Deutsche Bank**
Global Transaction Banking



Deutsche Bank AG New York Branch
60 Wall Street
New York, NY 10005
Tel (212) 250-2094

**VIA EMAIL**

**MADISON ASSET LLC**
122 Mary Street, 5th Floor Zephyr House
Grand Cayman  KY1-1109

June 15, 2017

Re:   Termination of Custodial Services

Dear Sirs:

Reference is hereby made to that certain Multi Market Custody Agreement dated as of March 7th 2014 and any Country Addendum attached thereto (collectively, as amended, modified or supplemented from time to time, along with any other documentation in effect from time to time with respect to the services provided thereunder, the "Agreement") between the entity or entities of Deutsche Bank Group as set forth on Schedule I attached thereto (collectively, the "Bank") and Madison Asset LLC (the "Client"). Capitalized terms used and not otherwise defined herein shall have the meaning ascribed thereto in the Agreement.

The Bank hereby provides notice to you, pursuant to Clause 28 of the Agreement, of its termination of the Agreement (the "Termination"), effective as of the close of the Bank's business day on August, 31st 2017 (the "Termination Date"). As soon as practicable after the Termination Date, the Bank shall close the Cash Account and the Custodial Account.

The Termination shall not affect (i) the Bank's right to indemnification pursuant to Clause 13 of the Agreement, (ii) the Bank's lien or security right on the Cash or the Securities held thereby and the Bank's right of set-off or sale pursuant to Clause 14 of the Agreement, (iii) any other clause of the Agreement that shall survive the Termination pursuant to the Agreement or (iv) any other right or liability existing on the Termination Date. Any outstanding fee, commission, expense, disbursement, charge or cost owing to the Bank shall be settled as of the Termination Date, and in the case of any of the same incurred thereafter, promptly after incurrence (and notice, if applicable) thereof.

As soon as possible, kindly please provide written instructions pursuant to Clause 12 of the Agreement for the delivery of any remaining Cash held in the Cash Account or Securities held in the Custody Account, in each case as of the Termination Date and as may be deposited therein thereafter.

Please do not hesitate to contact Paul Bishop, Vice President and Head of U.S. Custody, by e-mail at paul.bishop@db.com or phone at +1 (212) 250-2094, if you have any questions with respect to this notice. Thank you for your business.

Sincerely,

Name: Paul G. Bishop
Title: *Vice President*

Name: Anthony T. Toscano
Title: *Managing Director*

Chairman of the Supervisory Board: Paul Achleitner.
Management Board: John Cryan (Chairman), Marcus Schenck, Christian Sewing, Kimberly Hammonds, Stuart Lewis, Sylvie Matherat, Nicolas Moreau, Garth Ritchie, Karl von Rohr, Werner Steinmüller.

Deutsche Bank Aktiengesellschaft domiciled in Frankfurt am Main;
Local Court of Frankfurt am Main, HRB No 30 000; VAT ID No DE114103379;
www.db.com